UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 12-38592 JHW

Debtor: Luz Lino

| Check Number | Creditor | Amount |
|---|---|---|
| 1834566 | Wells Fargo Bank, N.A. | 11741.94 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  February 18, 2014