UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                         Case Number: 12-38592 ABA

Debtor: Luz Lino

| Check Number | Creditor | Amount |
|---|---|---|
| 1851424 | Wells Fargo Bank, N.A. | 1092.78 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  July 14, 2014